[No. 73464-4-I. Division One. March 20, 2017.]

C&R ELECTRIC, INC., *Respondent*, v. T.R.J. DEVELOPMENT, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-39736-6, Catherine D. Shaffer, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Appelwick, JJ.

[No. 73712-1-I. Division One. March 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SAMUEL JACOBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01840-8, Brian D. Gain, J., entered June 3, 2015. *Remanded with instructions* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 74255-8-I. Division One. March 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HEYENG CHENG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-00245-3, Monica J. Benton, J., entered November 6, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Mann, JJ.

[No. 74333-3-I. Division One. March 20, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. OSCAR RAUL LOPEZ, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04275-9, Bruce E. Heller, J., entered October 30, 2015. *Reversed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ.